# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:15-cr-065 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| MARGARET TEMPONERAS (1), | : | |
| | : | |
| Defendant. | : | |

## ORDER APPOINTING CJA CO-COUNSEL

Upon the representations of Bradley Davis Barbin, defense counsel for Defendant Margaret Temponeras, that the appointment of co-counsel is necessary to ensure an adequate defense, the Court hereby **APPOINTS** attorney Paul Laufman as co-counsel on behalf of Defendant Margaret Temponeras, pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.[1]  Mr. Laufman's appointment shall be effective as of March 8, 2017. 18 U.S.C. § 3006A(b).

In the event that this Court determines Defendant is able to pay for the representation furnished here, Defendant will be ordered to pay for services rendered and/or reimburse expended CJA funds.  18 U.S.C. § 3006A(c), (f).

**IT IS SO ORDERED.**

Date: 3/10/2017

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] The Southern District of Ohio's CJA Plan (the "CJA Plan"), as well as the federal judiciary's Guidelines for Administering the CJA (the "CJA Guidelines"), allow for appointment and compensation of more than one attorney, in a non-capital case, if the Court determines that the case is "complex" and that the interests of justice so require.  CJA Plan IV(C)(1); Guide to Judiciary Policy Vol. 7 Part A, CJA Guidelines, Ch. 2, §§ 230.23.10(f), 230.53.20 (2016).  The Court previously determined that this case is "complex" based on, *inter alia*, the nature of the proceedings, voluminous discovery, and the hundreds of anticipated witnesses.  (Min. Entry & Not. Order, July 8, 2015).